BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ana.tagvoryan@blankrome.com
Victor Sandoval (SBN 344461)
Victor.sandoval@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

*Attorneys for Defendant*
F21 OPCO, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CANTU, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>F21 OPCO, LLC a Delaware limited liability company d/b/a WWW.FOREVER21.COM<br><br>                    Defendant. | Case No. 2:25−cv−01132-SB-SSC<br><br>**NOTICE OF DESIGNATION OF LEAD COUNSEL FOR DEFENDANT F21 OPCO, LLC**<br><br><br>Complaint Filed: February 10, 2025<br>Complaint Served: N/A<br>Trial Date: None set |

**PLEASE TAKE NOTICE** that Defendant F21 OPCO, LLC designates Ana Tagvoryan of BLANK ROME LLP, as its lead counsel in this matter.

An automatic stay of the above-titled action continues to be in effect. *See* ECF No. 19.

DATED: March 20, 2025          BLANK ROME LLP


By: /s/ Ana Tagvoryan
Ana Tagvoryan
Victor Sandoval
Attorneys for Defendant
F21 OpCo, LLC