JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CANTU,<br><br>    Plaintiff,<br><br>v.<br><br>F21 OPCO, LLC,<br><br>    Defendant. | Case No. 2:25-cv-01132-SB-SSC<br><br>ORDER TO ADMINISTRATIVELY CLOSE THE CASE |

    Defendant has notified the Court that it has filed a Chapter 11 bankruptcy petition. Dkt. No. 19. Under 11 U.S.C. § 362, the filing of a bankruptcy petition imposes a self-executing stay on "the commencement or continuation of any judicial, administrative, or other proceedings against the debtor . . . that arose before the commencement of the case." *In re Gruntz*, 202 F.3d 1074, 1081–82 (9th Cir. 2000) (cleaned up). The April 25, 2025 mandatory scheduling conference is vacated.

    The Court orders the clerk to administratively close the case. Within 10 days after the stay is lifted, the parties shall file a joint report notifying the Court of this fact. Failure to timely do so may result in an order to show cause for lack of prosecution.

Date: March 20, 2025

                                                                     Stanley Blumenfeld, Jr.
                                                                   United States District Judge